UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-11-T-17TGW

ANTONIO CHAVEZ

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for a 2006 Ford F250 FX4 diesel truck, Vehicle Identification Number 1FTSW21P16EB04717.

The defendant pleaded guilty to conspiracy distribute and possess with intent to distribute five-hundred grams or more of methamphetamine, and possession with intent to distribute five-hundred grams or more of methamphetamine, as charged in Counts One and Four of the Indictment, and the Court adjudicated him guilty of this offenses.

The Court finds that the United States has established the requisite nexus between the identified asset and the offenses of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

CASE NO. 8:16-CR-11-T-17TGW

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the asset identified above is forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

DONE and ORDERED in Tampa, Florida, this 25th day of May, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record