UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:16-cr-11-T-17TGW

ANTONIO CHAVEZ

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule

32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of

forfeiture for a 2006 Ford F250 FX4 diesel truck, Vehicle Identification

Number 1FTSW21P16EB04717, which was subject to a May 23, 2017

preliminary order of forfeiture (Doc. 124).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal

Rules of Criminal Procedure, from May 24, 2017 through June 22, 2017, the

United States published at www.forfeiture.gov notice of the forfeiture and of

the intent to dispose of the asset.   (Doc. 125).   The publication notified each

interested third-party to file a petition to adjudicate their interest within sixty

days of the first day of publication and with the Office of the Clerk, United

States District Court, Middle District of Florida, Sam Gibbons Federal

Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

No third party has filed a claim to the asset and the time for doing so has

expired.

The United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

DONE and ORDERED in Tampa, Florida, this 12th day of February, 2018.

ELIZABEH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2